UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BOBBIE ROSA,

    Plaintiff,

v.                                        CASE NO.: 6:14-CV-00424-RBD-DAB

CREDIT ONE BANK, N.A.,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, BOBBIE ROSA, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, BOBBIE ROSA, and Defendant, CREDIT ONE BANK, N.A. have reached settlement with regard to this case.

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to the following CM/ECF participants: dvanhoose@sessions-law.biz.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **NONE.**

                                        Respectfully submitted,

                                        *s/William Peerce Howard*

                                        William Peerce Howard, Esq.
                                        Florida Bar No.: 0103330
                                        bhoward@forthepeople.com
                                        Morgan & Morgan, Tampa, P.A.
                                        One Tampa City Center, 7th Floor
                                        201 North Franklin Street
                                        Tampa, FL 33602
                                        Telephone: (813) 223-5505
                                        Facsimile: (813) 223-5402
                                        *Attorney for Plaintiff*