UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BOBBIE ROSA,**

        **Plaintiff,**

**v.**          Case No: 6:14-cv-424-Orl-37DAB

**CREDIT ONE BANK, N.A.,**

        **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Plaintiff's Notice of Settlement (Doc 25) and the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 26), both filed October 29, 2014. Accordingly, it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this case is hereby **DISMISSED with PREJUDICE**, with each party to bear its own attorney's fees, costs and expenses. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida this 29th day of October, 2014.

*/s/ Roy B. Dalton Jr.*
ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record